## FERGER v FERGER

Ohio Appeals, 1st Dist, Hamilton Co

No 4438. Decided Jan 8, 1934

John W. Peck, Cincinnati, and Robert N. Gorman, Cincinnati, for plaintiff in error.
Nichols, Morrill, Wood, Marx & Ginter, Cincinnati, for defendant in error.

For full opinion see 40 OLR 62; 189 NE 665; 46 Oh Ap 558.